## ORAL ARGUMENT ACKNOWLEDGMENT FORM
**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, Ezekiel Hill
_____
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

23-10516 _____     SEC _____    v. Barton _____
(Case Number)                                                      (Short Title)

is scheduled for oral argument at    9:00 am    on    July 10, 2024    located in the
                                     (Time)             (Date)

NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130 ▼
(Location)

/s/ Ezekiel L. Hill                                                  June 7, 2024
_____                              _____
(Signature)                                                         (Date)

___

**List all parties being represented for argument and select the party type**

Securities and Exchange Commission
_____
_____
_____

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|
| Appellant | Appellee | Cross Appellant | Cross Appellee | Amicus | Intervenor |

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | | | |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION #  02

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

PRINT TO PDF                        RESET FORM

Revised 04/2023                     Form OA-001