# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 19, 2024

TO COUNSEL LISTED BELOW:

    No. 23-10516    SEC v. Barton

Dear Counsel:

The panel to whom the above referenced case was assigned has determined under FRAP 34(a) that oral argument will not be required in this case. Therefore, counsel need not appear for argument on July 10, 2024.

The case will be decided in due course on the record and briefs on file.

Please acknowledge receipt via email to your courtroom deputy, Kim_pollard@ca5.uscourts.gov.

Very truly yours,
LYLE W. CAYCE, Clerk

By:_____
Charles B. Whitney
Calendar Clerk
504-310-7679

Mr. Michael J. Edney
Mr. Ezekiel Levenson Hill